# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| IFC Credit Corporation, Plaintiff<br>v.<br>Marlon Farley, Individual, dba Quality Healthcare Clinic | FILED: SEPTEMBER 2, 2008<br>08CV4995<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PH

Plaintiff, IFC Credit Corporation

| |
|---|
| NAME (Type or print)<br>Beth Anne Alcantar (balcantar@ifccredit.com) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ |
| FIRM<br>IFC Credit Corporation |
| STREET ADDRESS<br>8700 Waukegan Road, Suite 100 |
| CITY/STATE/ZIP<br>Morton Grove, IL 60053 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06226582 | TELEPHONE NUMBER<br>847-663-6700 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐