IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRIC OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IFC Credit Corporation, an Illinois corporation, | ) ) ) ) |  |
| Plaintiff, | ) ) ) |  |
| v. | ) ) | Case No. |
|  | ) | FILED: SEPTEMBER 2, 2008 |
| MARLON FARLEY, INDIVIDUAL, DBA QUALITY HEALTHCARE CLINIC | ) ) ) | 08CV4995<br>JUDGE GETTLEMAN |
|  | ) ) | MAGISTRATE JUDGE SCHENKIER |
| Defendant | ) ) ) | PH |
|  | ) |  |

**F.R.C.P. Rule 7.1 Disclosure Statement**

The undersigned, counsel of record for IFC Credit Corporation furnishes the following list in compliance with F.R.C.P. 7.1:

1. IFC Credit Corporation does not have a parent corporation.

2. No publicly held company owns 10 percent or more of IFC Credit Corporation's stock.

Respectfully Submitted,

IFC Credit Corporation

Dated: August 27, 2008

By: /s/ BETH ANNE ALCANTAR
One of its Attorneys

Beth Anne Alcantar, IARDC No. 6226582
Attorneys for Plaintiff,
IFC Credit Corporation
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053
(847) 663-6700